JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEOHEE CORPORATION, INC., South Korea Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>YNJ FASHION GATEWAY, INC. d/b/a TRENDY STYLE WHOLESALE, a California corporation; HAI JIN LEE, an Individual; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:18-cv-04368-JFW-SK<br>**JUDGMENT**<br><br>Date: June 3, 2019<br>Time: 1:30 p.m.<br>Court: 350 West 1st Street, Courtroom 7A<br>Judge: Hon. John F. Walter |

1
**JUDGMENT**

# JUDGMENT

Plaintiff SEOHEE CORPORATION ("Plaintiff") has moved this Court for an order granting default judgment against Defendants YNJ FASHION GATEWAY, INC. d/b/a TRENDY STYLE WHOLESALE and HAI JIN LEE (collectively "Defendants").

After full consideration of the evidence submitted by the parties, the Court Orders Default Judgment against YNJ FASHION GATEWAY, INC. d/b/a TRENDY STYLE WHOLESALE and HAI JIN LEE, and:

1. Judgment is entered against Defendants YNJ FASHION GATEWAY, INC. d/b/a TRENDY STYLE WHOLESALE and HAI JIN LEE in favor of Plaintiff in the amount of $30,000;
2. Attorney's fees in the amount of $2,400 and costs in the amount of $588.82 are awarded in favor of Plaintiff against the above-said Defendants;
3. Post-judgment interest is awarded against Defendants in an amount that is to be calculated from the date of entry of judgment at a rate prescribed by law.

Dated:   May 17, 2019

_____
Honorable John F. Walter
United States District Court